Brent Blundell, brentblundell@gmail.com
53 North 200 East, PO Box 129
Clarkston, Utah 84305
801-201-3747

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## NORTHERN DIVISION

| | |
|---|---|
| Brent Blundell | Case No. 1:20-cv-143-RJS-DBP |
| PLAINTIFF | **PLAINTIFFS' MOTION TO FILE AMENDED CIVIL RIGHTS COMPLAINT** |
| v. | |
| Max B. Elliott et al | Judge: Robert J. Shelby |
| DEFENDANTS | Magistrate Judge: Dustin B. Pead |

Pursant to Rule 15 of the Federal Rules of Civil Procedure, Plantiff Brent Blundell respectfully makes a motion to file the attached Amended Civil Rights Complaint("Amended Complaint").

Rule 15 allows a pleading to be amemded once as a matter of course within 21 days after service of a motion under Rule 12(b). This is the first amendment to the complaint. Plaintiff was served a 12(b) motion on December 2, 2020. Plaintiff moves to file the Amended Complaint within the time permitted by Rule 15.

Plaintiff respectfully requests that his motion to file the attached Amended Complaint be granted.

Respectfully Submitted,

Dated: December 22, 2020

/s/ Brent Blundell

1

## Certificate of Service

I certify that on December 22, 2020 copies of the foregoing **PLAINTIFFS' MOTION TO FILE AMENDED CIVIL RIGHTS COMPLAINT** and the **AMENDED CIVIL RIGHTS COMPLAINT** were emailed to the court clerk at email address utdecf_clerk@utd.uscourts.gov.

I further certify that on December 22, 2020 the same documents were emailed to:

Bart Kunz
bkunz@gapclaw.com

Brad Liddell
BLiddell@joneswaldo.com

Patrick Scott
patrick@buildwithbrighton.com

I further certify that on December 22, 2020 the above mentioned documents were sent by First Class U.S. mail to:

Patrick Scott
45 East Center Street, Suite 103
North Salt Lake, Utah 84054

|  |  |
|---|---|
| December 22, 2020 | /s/ Brent Blundell |
| Date | Brent Blundell |