Prepared and submitted by:
BARTON H. KUNZ II, UT-8827
Goebel Anderson PC
Attorneys for County Defendants
405 South Main Street, Suite 200
Salt Lake City, Utah 84111
(801) 441-9393
bkunz@gapclaw.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| **BRENT BLUNDELL,**<br><br>    Plaintiff,<br><br>vs.<br><br>**MAX B. ELLIOTT et al.,**<br><br>    Defendants. | Case No. 1:20-cv-143-RJS-DBP<br><br>**STIPULATED MOTION FOR ORDER OF DISMISSAL**<br><br>**Chief District Court Judge Robert J. Shelby**<br>**Chief Magistrate Judge Dustin B. Pead** |

Defendants Max B. Elliott, Jeff Oyler, and Davis County (collectively, the County), through counsel, and plaintiff Brent Blundell (collectively, the Remaining Parties), under Federal Rules of Civil Procedure 7 and 41(a)(2) and D.U. Civ. R. 7-1, hereby stipulate and jointly move to dismiss Blundell's claims against the County with prejudice, each side to bear its own fees and expenses.

RELIEF SOUGHT AND GROUNDS THEREFOR

The Remaining Parties, having compromised their dispute, jointly move for an order dismissing Blundell's claims against the County with prejudice, each side to bear its own fees and

expenses. Because these are the only parties remaining in this suit, the order will finally resolve the action.

Per D.U. Civ. R. 7-1(a)(2)(G), a proposed order approved by the Remaining Parties is attached and separately emailed to chambers in editable format.

Date: 23 December 2021

Goebel Anderson PC

/s/Barton H. Kunz II
BARTON H. KUNZ II
Attorneys for County Defendants

Date: 31 December 2021

/s/Brent Blundell*
BRENT BLUNDELL
Plaintiff Pro Se
*Signed by filing attorney with authority provided via email on the date indicated.
/s/Barton H. Kunz II

CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the foregoing stipulated motion to be served upon the following by email on 3 January 2022:

*Plaintiff pro se:*
Brent Blundell, brentblundell@gmail.com

/s/Barton H. Kunz II
BARTON H. KUNZ II
Attorney for County Defendants