IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| BRENT BLUNDELL,<br><br>　　　Plaintiffs,<br><br>v.<br><br>MAX B. ELLIOTT, JEFF OYLER, and DAVIS COUNTY,<br><br>　　　Defendants. | **ORDER GRANTING STIPULATED DISMISSAL WITH PREJUDICE**<br><br>Case No. 1:20-cv-00143-RJS-DBP<br><br>Chief Judge Robert J. Shelby<br><br>Magistrate Judge Dustin B. Pead |

Having reviewed the parties' Stipulated Motion for Order of Dismissal,[1] and for good cause appearing, the court GRANTS the Motion and orders Plaintiff's claims against Defendants Max B. Elliott, Jeff Oyler, and Davis County DISMISSED WITH PREJUDICE. Each party shall bear its own costs and fees. The Clerk of Court is directed to close this case.

**SO ORDERED** this 4th day of January 2022.

BY THE COURT:

_____
ROBERT J. SHELBY
United States Chief District Judge

---

[1] Dkt. 65.